ABE ROSEN, Respondent, v. MARY LATTANZI, Also Known as MARY CHIECO LATTANZI, Appellant.— Action for specific performance of a contract to sell and convey certain real and personal property and for other relief. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

CATHERINE SCHENCK, Appellant, v. THE CITY OF NEW YORK, Respondent.— In an action to recover damages for injuries sustained by plaintiff when she stepped into a hole in a public highway, judgment dismissing the complaint at the end of plaintiff's case reversed on the law and a new trial granted, with costs to appellant to abide the event. Although plaintiff and her brother were confused in locating on the photographs in evidence the hole into which she fell, by description she, her brother, and her sister agreed as to the location, and the brother finally located the place on the photograph, which was in accord with the described location. Plaintiff made out a *prima facie* case for submission to the jury. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

FRANK S. SHIELDS and ALBERT F. SHIELDS, Appellants, v. PINE HILL CRYSTAL SPRING WATER COMPANY, Respondent.— In an action to recover damages for personal injuries and for property damage. Judgment in favor of the defendant, entered upon the verdict of a jury, unanimously affirmed, with costs. No opinion Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

AUDREY M. SLAWTER and PAUL B. SLAWTER, JR., Respondents, v. THE LONG ISLAND RAILROAD COMPANY, Appellant.— In an action to recover damages for personal injuries sustained by plaintiff wife by reason of having fallen down the stairs leading from a bridge across the railroad tracks at defendant's Babylon station, there was a verdict in favor of the wife for her injuries and in favor of her husband for loss of services, etc. Judgment of the County Court of Nassau County and order denying defendant's motion to set aside the verdict and for a new trial affirmed, with costs. No opinion. Carswell, Johnston and Close, JJ., concur; Lazansky, P. J., and Adel, J., dissent and vote to reverse the judgment and order and to order a new trial on the ground that the verdict of the jury, in so far as by implication it holds that the plaintiff wife tripped on a nail, is against the weight of the evidence.

VICTORIA SMARSCH, Appellant, v. BAYONNE-STATEN ISLAND FERRIES, INC., Respondent.— Order of the Appellate Term reversing a judgment of the City Court of the City of New York, County of Richmond, entered on a verdict in favor of plaintiff, and dismissing the complaint, reversed on the law, the judgment entered thereon vacated, and the original judgment of the City Court affirmed, with costs in this court and in the Appellate Term. The issues of negligence and contributory negligence were properly submitted to the jury, and the verdict is amply sustained by the evidence. The case of *Robinson* v. *Piskosh, Inc.* (259 App. Div. 544) is readily distinguishable. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.